IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA OFELIA HINOJOSA; FRANCISCO HINOJOSA; MARIA DOLORES RODRIGUEZ, individually and as next friend of D.R., F.R. and J.A.R.; GLORIA ANGELICA RODRIGUEZ; DAVID RODRIGUEZ; YOLANDA SALAZAR; ENRIQUE SALAZAR; ERNESTO BETANCOURT; BLANCA VALENCIA, individually and as next friend of S.V. and Y.V.; and MARIA JOSE VALENCIA;<br><br>    Plaintiffs,<br><br>vs.<br><br>GOLDEN MEADOWS, LLC; J & S AGRICULTURE CREW, LLC; CENTRAL ILLINOIS PRODUCTION, LLC; SONIA MUÑOZ, individually; and JUAN MUÑOZ, individually;<br><br>    Defendants. | Case No. 2:18-cv-02161 |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

NOW COME the Defendants, J & S AGRICULTURE CREW, LLC; SONIA MUÑOZ, individually; and JUAN MUÑOZ, individually, by and through their attorney, Matthew E. Peek, of ERWIN, MARTINKUS & COLE, LTD., and for their Motion for Extension of Time to Answer or Otherwise Respond state as follows:

1. The Plaintiffs filed in this Court on June 6, 2018, a seven count complaint wherein fifteen separate plaintiffs allege multiple violations of two federal regulations, four Illinois statutes and various causes of action at common law against J & S AGRICULTURE CREW, LLC; SONIA MUÑOZ, and JUAN MUÑOZ (Document 1).

2. The Defendants' counsel accepted service on their behalf on July 13, 2018 (Documents 11, 12 and 13).

3. Due to the quantity of plaintiffs and extensive nature of their allegations, Defendants'

1

counsel needs more time to investigate the specific facts and put together their responsive pleading.

   4. FRCP 6(b)(1)(B) Extending Time states inter alia that "(1) In General. When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires" (West 2018). "[D]istrict courts have discretionary power to grant such extensions ... "*Caraballo v. Lykes Bros. S. S. Co.*, 212 F. Supp. 216, 221 (E.D. Pa. 1962)

   5. There is no harm or prejudice to the Plaintiffs if the Defendants are permitted extra time to respond or otherwise answer. The allegations of the Complaint involve events which allegedly occurred in 2015, some three years prior to Plaintiffs bringing their cause of action.

   WHEREFORE, the Defendants,  J & S AGRICULTURE CREW, LLC; SONIA MUÑOZ, and JUAN MUÑOZ , pray that this Honorable Court grant their Motion for Extension of Time to Answer or Otherwise Respond and permit them to extend such time for 90 days and for such other and further relief as this court deems just and appropriate.

             Respectfully submitted,
             J & S AGRICULTURE CREW, LLC;
             SONIA MUÑOZ, and JUAN MUÑOZ ,

       BY:   s/ Matthew E. Peek
           Matthew E. Peek, their attorney

Matthew E. Peek Bar Number: 6313706
Attorney for Plaintiff
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign  IL  61824-1098
(217) 351-4040
FAX 217-351-4314
matthew.peek@erwinlaw.com