E-FILED
Monday, 06 August, 2018  12:39:21 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | |
|---|---|
| MARIA OFELIA HINOJOSA; FRANCISCO, HINOJOSA; MARIA DOLORES RODRIGUEZ, Individually and as next friend of D.R., F.R., and J.A.R.; GLORIA ANGEICA RODRIGUEZ, DAVID RODRIGUEZ; YOLANDA SALAZAR; ENRIQUE SALAZAR; ERNESTO BETANCOURT BLANCA VALENCIA, individually and as next friend of S.V. and Y.V.; and MARIA JOSE VALENCIA, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) Case No. 2018-cv-2161-CSB-EIL |
| v. | ) ) |
| GOLDEN MEADOWS, LLC; J & S AGRICULTURE CREW, LLC; CENTRAL ILLINOIS PRODUCTION, LLC; SONIA MUÑOZ and JUAN MUÑOZ | ) ) ) ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING

NOW COME the Defendants, CENTRAL ILLINOIS PRODUCTION, LLC, and GOLDEN MEADOWS, LLC, by and through their attorney, Lorna K. Geiler of Meyer Capel, A Professional Corporation, and for their Motion for Extension of Time to File a Responsive Pleading state as follows:

1. The Plaintiffs have alleged a variety of causes of action against multiple defendants.

2. The Defendants' responsive pleadings are due August 7, 2018.

3. These Defendants have limited knowledge but wish to ensure full and complete responses.

4. This Motion is not filed for an improper purpose and no prejudice will result to the Plaintiffs in allowing it.

1

WHEREFORE the Defendants, Central Illinois Production, LLC, and Golden Meadows, LLC respectfully request an additional twenty-one (21) days from August 7, 2018 to file responsive pleadings.

Respectfully submitted,
CENTRAL ILLINOIS PRODUCTION, LLC,
Defendant
GOLDEN MEADOWS, LLC,
Defendant

MEYER CAPEL, A Professional Corporation,
By:  **/s/ Lorna K. Geiler**
        Lorna K. Geiler, Bar#6192940
        Attorney for the Defendant
        Meyer Capel, A Professional Corporation
        306 W. Church St.
        Champaign, IL 61820
        Phone: (217) 352-1800
        Email: lgeiler@meyercapel.com

2

## <u>CERTIFICATE OF SERVICE BY ATTORNEY</u>

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing <u>**CERTIFICATE OF INTEREST**</u> was filed with the Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on August 6, 2018 and that notice of said electronic filing will automatically be transmitted by email to:

**Yolanda Carrillo** - ycarrillo@lafchicago.org

**Matthew Eric Peek** - matthew.peek@erwinlaw.com

**Lakshmi Ramakrishnan** - lramakrishnan@trla.org

By:      **/s/ Lorna K. Geiler_____**
Lorna K. Geiler, Bar#6192940
Attorney for the Defendant
Meyer Capel, A Professional Corporation
306 W. Church St.
Champaign, IL 61820
Phone: (217) 352-1800
Email: lgeiler@meyercapel.com