# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| MARIA OFELIA HINOJOSA; FRANCISCO, HINOJOSA; MARIA DOLORES RODRIGUEZ, Individually and as next friend of D.R., F.R., and J.A.R.; GLORIA ANGELICA RODRIGUEZ, DAVID RODRIGUEZ; YOLANDA SALAZAR; ENRIQUE SALAZAR; ERNESTO BETANCOURT BLANCA VALENCIA, individually and as next friend of S.V. and Y.V.; and MARIA JOSE VALENCIA, </br></br>     Plaintiffs, </br>v. </br></br>GOLDEN MEADOWS, LLC; J & S AGRICULTURE CREW, LLC; CENTRAL ILLINOIS PRODUCTION, LLC; SONIA MUÑOZ and JUAN MUÑOZ </br></br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. 2018-cv-2161-CSB-EIL ) ) ) ) ) ) ) |

## CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES
*(Golden Meadows, LLC and Central Illinois Production, LLC)*

The undersigned hereby certifies that she served a copy of the following documents:

1. SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT GOLDEN MEADOWS, LLC

2. SUPPLEMENTAL ANSWERS AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANT CENTRAL ILLINOIS PRODUCTION, LLC

3. SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS TO PRODUCE TO DEFENDANT GOLDEN MEADOWS, LLC.

4. SUPPLEMENTAL RESPONSE TO PLAINTIFFS' FIRST SET OF REQUESTS TO PRODUCE TO DEFENDANT CENTRAL ILLINOIS PRODUCTION, LLC.

upon:

Matthew E. Peek
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign IL 61824-1098
Via email to: matthew.peek@erwinlaw.com

And

Lakshmi Ramakrishnan
Texas RioGrande Legal Aid, Inc.
301 S. Texas Ave.
Mercedes, TX 78570
Via email to: lramakrishnan@trla.org

And

Yolanda Carrillo, 6305590
120 S. LaSalle, Suite 900
Chicago, IL 60603
Via email to: ycarillo@iafchicago.org

on this 12th day of April, 2019.

                              Respectfully Submitted
                              GOLDEN MEADOWS, LLC and CENTRAL ILLINOIS
                              PRODUCTION, LLC, Defendants,
                              By:    Meyer Capel, A Professional Corporation

                              By: **/s/ Lorna K. Geiler (ARDC# 6192940)**
                                    Lorna K. Geiler, Plaintiff's attorney
                                    Meyer Capel, A Professional Corporation
                                    306 West Church Street
                                    P. O. Box 6750
                                    Champaign, IL 61826-6750
                                    Telephone: 217/352-1800
                                    Fax: 217/352-9294
                                    lgeiler@meyercapel.com

**CERTIFICATE OF SERVICE BY ATTORNEY**

In accordance with Fed.R.Civ.P. 5(a) and LR5.3(c) the undersigned attorney certifies that the foregoing **CERTIFICATE OF SERVICE OF DISCOVERY RESPONSES** was filed with this Clerk of this Court by submission of the same via this Court's Electronic Case File System ("ECF") on April 12, 2019 and that notice of said electronic filing will automatically be transmitted by email to:

**Lakshmi Ramakrishnan -** lramakrishnan@trla.org
**Yolanda Carrillo -** ycarrillo@lafchicago.org
**Matthew Eric Peek -** matthew.peek@erwinlaw.com

By: **/s/ Lorna K. Geiler (ARDC# 6192940)**
Lorna K. Geiler, Plaintiff's attorney
Meyer Capel, A Professional Corporation
306 West Church Street
P. O. Box 6750
Champaign, IL 61826-6750
Telephone: 217/352-1800
Fax: 217/352-9294
lgeiler@meyercapel.com