IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA OFELIA HINOJOSA; FRANCISCO HINOJOSA; MARIA DOLORES RODRIGUEZ, individually and as next friend of D.R., F.R. and J.A.R.; GLORIA ANGELICA RODRIGUEZ; DAVID RODRIGUEZ; YOLANDA SALAZAR; ENRIQUE SALAZAR; ERNESTO BETANCOURT; BLANCA VALENCIA, individually and as next friend of S.V. and Y.V.; and MARIA JOSE VALENCIA; <br><br> Plaintiffs, <br><br> vs. <br><br> GOLDEN MEADOWS, LLC; J & S AGRICULTURE CREW, LLC; CENTRAL ILLINOIS PRODUCTION, LLC; SONIA MUÑOZ, individually; and JUAN MUÑOZ, individually; <br><br> Defendants. | Case No. 2:18-cv-02161 |

**CERTIFICATE OF SERVICE DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS TO PRODUCE TO DEFENDANTS J & S AGRICULTURE CREW, LLC, SONIA MUÑOZ AND JUAN MUÑOZ**

I hereby certify that on April 19, 2019, I presented the Defendants', J & S AGRICULTURE CREW, LLC; SONIA MUÑOZ, and JUAN MUÑOZ, Responses to the Plaintiffs' First Set of Requests to Produce to Defendants J & S Agriculture Crew, LLC, Sonia Munoz and Juan Munoz via email (with mail to follow on April 22, 2018) to Counsel. I further filed this Certificate of Service with the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

Lorna Geiler             lgeiler@meyercapel.com
Lakshmi Ramakrishnan      lramakrishnan@trla.org
Yolanda Carillo           ycarrillo@lafchicago.org

s/ Matthew E. Peek
Matthew E. Peek Bar Number: 6313706
Attorney for Plaintiff
Erwin, Martinkus & Cole, Ltd.
411 West University Avenue
P.O. Box 1098
Champaign  IL  61824-1098
PHONE (217) 351-4040 FAX (217)-351-4314
matthew.peek@erwinlaw.com
