E-FILED
Tuesday, 11 June, 2019  04:08:54 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| _____ )<br>**MARIA OFELIA HINOJOSA; FRANCISCO** )<br>**HINOJOSA; MARIA DOLORES** )<br>**RODRIGUEZ, individually and as next friend** )<br>**of D.R.1, F.R. and J.A.R.; GLORIA ANGELICA** )<br>**RODRIGUEZ; DAVID RODRIGUEZ** )<br>**YOLANDA SALAZAR; ENRIQUE SALAZAR;** )<br>**ERNESTO BETANCOURT; BLANCA** )<br>**VALENCIA, individually and as next friend of** )<br>**S.V. and Y.V.; and MARIA JOSE VALENCIA** )<br> )<br>**Plaintiffs,** )<br> )<br>**v.** )<br> )<br>**GOLDEN MEADOWS, LLC; J & S** )<br>**AGRICULTURE CREW, LLC; CENTRAL** )<br>**ILLINOIS PRODUCTION, LLC; SONIA** )<br>**MUÑOZ, individually; and JUAN MUÑOZ,** )<br>**individually** )<br> )<br>**Defendants.** )<br>_____ ) | **Civil Action No. 18-cv-02161**<br><br>**JURY TRIAL DEMANDED** |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

NOW COMES attorney, Yolanda Carrillo, and moves this Court for an order allowing her to withdraw as attorney for all of the Plaintiffs and states as follows:

1.      Attorney Yolanda Carrillo is employed by LAF (the Legal Assistance Foundation).

2.      LAF was retained to represent the Plaintiffs in the above-captioned matter.

3.      Attorney Yolanda Carrillo has severed her employment relationship with LAF effective June 14, 2019 but the firm continues to represent the Plaintiffs in the above captioned matter.

4.      Attorney Carlos Cisneros Vilchis will continue to represent all the

---

[1] In accordance with Fed. R. Civ. P. 5.2, the Plaintiffs who are minors are identified by their initials.

Plaintiffs on behalf of LAF.

      WHEREFORE, Yolanda Carrillo requests that the Court enter an Order permitting her to withdraw her appearance.

Dated June 11, 2019

Respectfully submitted,

<u>Yolanda Carrillo</u>
Attorney for Plaintiffs

Yolanda Carrillo (ARDC #6305590)
LAF
120 South LaSalle Street, Suite 900
Chicago, Illinois 60603
(312) 229-6363

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that she filed the foregoing upon the persons listed below by electronic means, by filing the same using the court's CM/ECF system which will send notification to the following attorneys:

Matthew E. Peek
Erwin, Martinkus & Cole, Ltd.
411 W. University Ave.
Champaign, IL 61820
Matthew.peek@erwinlaw.com

Lorna K. Geiler
Meyer Capel, A Professional Corporation
306 West Church Street
P. O. Box 6750
Champaign, IL 61826-6750
lgeiler@meyercapel.com

Dated: June 11, 2019

Respectfully submitted,

/s/ Yolanda Carrillo

Attorney for Plaintiffs
Yolanda Carrillo
LAF
120 South LaSalle Street, Suite 900
Chicago, IL  60603
312-229-6363