IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MARIA OFELIA HINOJOSA; FRANCISCO, HINOJOSA; MARIA DOLORES RODRIGUEZ, Individually and as next friend of D.R., F.R., and J.A.R.; GLORIA ANGEICA RODRIGUEZ; DAVID RODRIGUEZ; YOLANDA SALAZAR; ENRIQUE SALAZAR; ERNESTO BETANCOURT BLANCA VALENCIA, individually and as next friend of S.V. and Y.V.; and MARIA JOSE VALENCIA, </br></br>Plaintiffs,</br>v.</br></br>GOLDEN MEADOWS, LLC; J & S AGRICULTURE CREW, LLC; CENTRAL ILLINOIS PRODUCTION, LLC; SONIA MUÑOZ and JUAN MUÑOZ</br></br>Defendants. | )</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>)</br>) Case No. 2018-cv-2161-CSB-EIL</br>)</br>)</br>)</br>)</br>)</br>)</br>) |

## JOINT STATUS REPORT

NOW COMES Plaintiffs and Defendants and file the following Report:

1.  On July 18, 2019, the Court held a telephonic Status Conference with all parties present. During the conference, the parties expressed an interest in settlement, and the Court entered a Minute Entry for the proceedings setting a deadline to provide a status report by August 19, 2019.

2.  The parties have reached a tentative settlement in the matter. However, they are still discussing and revising language in the settlement agreement.

3.  Once the details of the agreement are finalized and it is signed by the parties, the agreement provides Defendants 45 days to make payments pursuant to the agreement. It then

provides Plaintiffs with 10 days following the receipt of settlement payments to file appropriate dismissal paperwork.

4.      Plaintiffs will seek agreement from Defendants on a Motion to Stay or Extend all of the remaining deadlines pending the outcome of the settlement.

Respectfully submitted,

By: /s/ Lakshmi Ramakrishnan
Lakshmi Ramakrishnan, TX 24037324
Texas RioGrande Legal Aid, Inc.
301 S. Texas Ave.
Mercedes, TX 78570
Phone: 956-447-4850
Fax: 956-825-7035
lramakrishnan@trla.org

Carlos F. Cisneros Vilchis
Staff Attorney
Legal Aid Chicago
120 S LaSalle St Ste 900
Chicago IL 60603
Tel. (312)229-6090
ccisnerosvilchis@legalaidchicago.org

ATTORNEYS FOR PLAINTIFFS

By: /s/ Lorna K. Geiler
Lorna K. Geiler, (ARDC# 6192940)
Meyer Capel, A Professional Corporation
306 West Church Street
P. O. Box 6750
Champaign, IL 61826-6750
Telephone: 217/352-1800
Fax: 217/352-9294
lgeiler@meyercapel.com

ATTORNEY FOR CENTRAL ILLINOIS PRODUCTION, LLC AND GOLDEN MEADOWS, LLC

By:      s/ Matthew E. Peek
Matthew E. Peek Bar Number: 6313706

*Joint Status Report*                            2

Kesler, Nelson, Garman, Brougher & Townsely, P.C.
220 N. Vermilion St.
PO Box 0706
Danville, Illinois 61834-0706
(217) 446-0880
mpeek@danvillelawyers.com

ATTORNEY FOR J & S AGRICULTURE CREW, LLC, SONIA MUŃOZ AND JUAN MUŃOZ

## CERTIFICATE OF SERVICE

I certify that on August 19, 2019, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

Lorna K. Geiler, lgeiler@meyercapel.com
Matthew K. Peek, matthew.peek@erwinlaw.com, mpeek@danvillelawyers.com

s/Lakshmi Ramakrishnan
Lakshmi Ramakrishnan
Texas Bar No. 24037324
Texas RioGrande Legal Aid, Inc.
301 S. Texas Ave.
Mercedes, TX 78570
Phone: (956)447-4850
Fax: (956)825-7035
lramakrishnan@trla.org