# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **MARIA OFELIA HINOJOSA; FRANCISCO HINOJOSA; MARIA DOLORES RODRIGUEZ, individually and as next friend Of F.R.; JOSUE ANGEL RODRIGUEZ; DALILA RODRIGUEZ; GLORIA RODRIGUEZ; DAVID RODRIGUEZ; YOLANDA SALAZAR; ENRIQUE SALAZAR; ERNESTO BETANCOURT; BLANCA VALENCIA, individually and as next friend of Y.V.; SERGIO VALENCIA; and MARIA JOSE VALENCIA** § § § § § § § § § § § § § | |
| Plaintiffs, § | Case No. 2018-cv-2161-CSB-EIL |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **GOLDEN MEADOWS, LLC; J & S ACRICULTURE CREW, LLC; CENTRAL ILLINOIS PRODUCTION, LLC; SONIA MUNOZ, individually; and JUAN MUNOZ, Individually** § § § § § § | |
| Defendants. § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs MARIA OFELIA HINOJOSA; FRANCISCO HINOJOSA; MARIA DOLORES RODRIGUEZ, individually and as next friend of F.R.; JOSUE ANGEL RODRIGUEZ; DALILA RODRIGUEZ; GLORIA RODRIGUEZ; DAVID RODRIGUEZ; YOLANDA SALAZAR; ENRIQUE SALAZAR; ERNESTO BETANCOURT; BLANCA VALENCIA, individually and as next friend of Y.V.; SERGIO VALENCIA; and MARIA JOSE VALENCIA and Defendants GOLDEN MEADOWS, LLC; J & S AGRICULTURE CREW, LLC; CENTRAL ILLINOIS PRODUCTION, LLC;

SONIA MUNOZ, individually; and JUAN MUNOZ, individually (hereinafter "the parties") hereby notify the Court of the following:

1. The parties have privately reached an agreement to settle the above-captioned matter.

2. Accordingly, by the signature of the parties' attorneys of record below, the parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney's fees.

Respectfully submitted,

By:

*/s/ Lakshmi Ramakrishnan*
Lakshmi Ramakrishnan
Texas Bar No.: 24037324
TEXAS RIOGRANDE LEGAL AID, INC.
301 S. Texas Ave.
Mercedes, Texas 78570
Phone: (956) 447-4850
Fax (956) 825-7035

*/s/ Carlos Cisneros Vilchis*
Carlos F. Cisneros Vilchis
Illinois Bar: 6326720
Legal Aid Chicago
120 S LaSalle St Ste 900
Chicago IL 60603
Phone: (312) 229-6090
Fax: (312) 431-2290
**ATTORNEYS FOR PLAINTIFFS**

*/s/ Matthew E. Peek*
Matthew E. Peek
State Bar No.: 6313706
Erwin, Martinkus & Cole, Ltd.
411 W. University Ave.
Champaign, IL 61820
Tel: (217) 351-4040
Fax: (217) 351-4314
Email Matthew.peek@erwinlaw.com

**ATTORNEYS FOR DEFENDANTS
J & S AGCRICULTURAL CREW, LLC;
SONIA MUNOZ, individually and
JUAN MUNOZ, individually**


*/s/ Lorna K. Geiler*
Lorna K. Geiler
State Bar No.: 6192940
Meyer Capel, A Professional Corporation.
306 West Church Street
P.O. Box 6750
Champaign, IL 61826-6750
Tel: (217) 352-1800
Fax: (217) 352-9294
Email: lgeiler@meyercapel.com

**ATTORNEYS FOR DEFENDANTS
GOLDEN MEADOWS, LLC and
CENTRAL ILLINOIS PRODUCTION, LLC**

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that he filed the foregoing upon the persons listed below by electronic means, by filing the same using the court's CM/ECF system which will send notification to the following attorneys:

Ms. Lorna Geiler
Meyer Capel
306 W Church St
Champaign IL 61820
lgeiler@meyercapel.com

Mr. Matthew Peek
Kesler, Nelson, Garman, Brougher & Townsley, P.C.
220 N. Vermilion St.
Danville, Illinois 61832
mpeek@danvillelawyers.com

Dated: 12/16/2019                                                             Respectfully submitted,

                                                                                    /s/ Carlos F. Cisneros Vilchis
                                                                                    Attorney for Plaintiff
                                                                                    Carlos F. Cisneros Vilchis
                                                                                    Legal Aid Chicago
                                                                                    120 South LaSalle Street, Suite 900
                                                                                   Chicago, IL  60603
                                                                                   312-229-6363